

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| HOTEL SAINT GEORGE LLC, | § | No. 08-23-00063-CV |
| Appellant, | § | Appeal from the |
| v. | § | 394th Judicial District Court |
| ACADIA INSURANCE COMPANY, UNION STANDARD INSURANCE GROUP, and JAMES AMATO, | § | of Presidio County, Texas |
| | § | (TC# 2021-8054) |
| Appellees. | | |

## <u>MEMORANDUM OPINION</u>

Appellant, Hotel Saint George LLC, filed a notice of appeal on February 24, 2023. On June 29, 2023, Appellant filed an unopposed motion for voluntary dismissal of appeal.

The motion is granted, and the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against Appellant. *See* TEX. R. APP. P. 42.1(d).


GINA M. PALAFOX, Justice

July 6, 2023

Before Rodriguez, C.J., Palafox, and Soto, JJ.